RANDALL V. BURK TWP. OF MINNEHAHA COUNTY *et al.*

(Opinion filed April 6, 1897.)

Appeal from circuit court, Minnehaha county. Hon. J. W. JONES, Judge.

Action by Mary Randall against Burk towhship of Minnehaha county and others. Judgment for plaintiff. Defendants appeal. Affirmed.

*H. H. Keith*, for appellants.

*Aikens, Bailey & Voorhees*, for respondent.

FULLER, J. This appeal and that of Randall v. Burk Tp. 9 S. D. 527, 70 N. W. 837, are identical, and were submitted together on the same abstract and briefs. Consequently the conclusion there reached is decisive here, and the judgment appealed from is affirmed.